# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LISA M. MERRITT,
INDIVIDUALLY AND ON BEHALF
OF HER MINOR DAUGHTER, C.M.

VERSUS

PETER JAMES BOSTICK, M.D.,
PETER J. BOSTICK, M.D., LLC,
AND LAMMICO

NO.  2026 CW 0354

**MARCH 23, 2026**

---

In Re:   Peter J. Bostick, M.D., Et Al., applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 696088.

---

**BEFORE:   McCLENDON, C.J., GREENE AND STROMBERG, JJ.**

**WRIT DISMISSED.** Pursuant to correspondence from relators' counsel advising the parties have reach an agreement with regard to the ruling at issue and are withdrawing their writ application, this writ is dismissed.

PMc
HG
TPS

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT